UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YEHUDAH MILCHAMOT,

               Plaintiff,

-against-

BRONX DISTRICT ATTORNEY'S OFFICE, et al.,

               Defendants.

24-CV-9101 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 28, 2016, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Mil'chamot v. Preska*, ECF 1:16-CV-6134, 6 (S.D.N.Y. Sept. 28, 2016). Plaintiff, acting *pro se*, brings this new case seeking IFP status, but he has not sought leave from the Court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the September 28, 2016 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall enter.

SO ORDERED.

Dated:   December 2, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge