UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDAH MILCHAMOT,<br><br>                              Plaintiff,<br><br>     -against-<br><br>BRONX DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>                              Defendants. | 24cv9101 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the December 1, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 4, 2024
             New York, New York

                                      /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge